


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TAHNEE LANAE MACGILLIVRAY,
Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,
Defendant.

Case No.: 3:22-cv-00257-BEN-JLB

**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AS REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILURE TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)**

Plaintiff Tahnee Lanae Macgillivray filed this civil action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking review of the Commissioner of Social Security's denial of Plaintiff's application for Social Security Benefits. ECF No. 1.

All parties instituting any civil action, suit, or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite failure to pay the filing

[1] In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(b) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule) (eff. Dec. 1, 2020). However, the additional $52 administrative fee is waived if the plaintiff is granted leave to proceed IFP. *See* 28 U.S.C. § 1915(a).

fee only if the party is granted leave to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. § 1915(a); *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). Plaintiff has not paid the $402 filing and administrative fees required to commence a civil action, nor has she submitted a motion to proceed IFP. Therefore, the case cannot yet proceed.

For the reasons set forth above, the Court hereby:

1. **DISMISSES** this action *sua sponte* without prejudice for failure to pay the filing fee or submit a motion to proceed IFP.

2. **GRANTS** Plaintiff forty-five (45) days leave from the date this Order is filed to: (a) prepay the entire $402 civil filing and administrative fee in full; ***or*** (b) complete and file a motion to proceed IFP in compliance with S.D. Cal. Civ. Rule 3.2.

**IT IS SO ORDERED.**

DATED: April 04, 2022

**HON. ROGER T. BENITEZ**
United States District Judge